UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. SUSAN D. WIGENTON |
| v. | : | Crim. No. 11-204 |
| REGINALD ESTRADA | : | CONTINUANCE ORDER |

A criminal indictment charging the defendant with, *inter alia*, attempt to possess with intent to distribute more than 500 grams of cocaine, contrary to 21 U.S.C. Sections 841(a)(1) and 841(b)(1)(B), in violation of 21 U.S.C. Section 846, having been published on April 6, 2011; and the defendant having been arraigned before the Court on April 13, 2011; and the defendant being represented by Ruth Liebesman, Esq.; and the defendant and his counsel being aware that he has the right to have the matter brought to trial within seventy (70) days of publication of defendant's indictment on this charge, pursuant to Title 18, United States Code, Section 3161(c)(1); and one continuance having previously been granted by this Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A); the defendant hereby requests a continuance pursuant to Title 18, United States Code, Section 3161(h)(7)(A) in order to permit the time necessary for the defendant to negotiate a plea agreement or prepare for trial; the Government having agreed to this continuance; and for good cause shown;

IT IS on this 15th day of June, 2011,

ORDERED that from June 15, 2011, to and including November 1, 2011, shall be excluded under the Speedy Trial Act from calculation of the time within which this matter must be tried for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render indictment of this matter unnecessary;

2. Failing successful negotiations, the Court will establish a trial date within the continued time period;

3. The grant of a continuance will likely conserve judicial resources;

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

SEEN AND AGREED:

_____
Randall H. Cook
Assistant U.S. Attorney

_____
Ruth Liebesman, Esq.
Counsel for Reginald Estrada

_____
HONORABLE SUSAN D. WIGENTON
United States District Judge